UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 11-cr-267-EGS** |
| v. | : | |
| **YOUNG N. CHO, also known as, ALEX N. CHO,** | : | **FILED**<br>FEB - 5 2015<br>Clerk, U S District & Bankruptcy Courts for the District of Columbia |
| **Defendant.** | : | |

## ORDER OF FORFEITURE

**WHEREAS,** the defendant has pled guilty to Count One of an Information charging Conspiracy to Commit Bribery of a Public Official, Wire Fraud, and Money Laundering, in violation of 18 U.S.C. § 371; and Count Two charging Bribery of a Public Official, in violation of 18 U.S.C. § 201(b);

**WHEREAS,** the Information alleged that upon conviction of the offenses in Counts One and Two, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**WHEREAS,** the Information further alleged that the United States will seek a forfeiture money judgment against the defendant in an amount equal to the value of the property constituting or derived from, any and all proceeds the defendant obtained, directly or indirectly, as a result of the offenses alleged in Counts One and Two;

**WHEREAS,** in the plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in an amount equal to the value of the

property constituting or derived from, any and all proceeds the defendant obtained, directly or indirectly, as a result of the offenses alleged in Counts One and Two;

**WHEREAS**, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court determines, based on the evidence and information before it, that:

a. any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses in Counts One and Two is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and

b. the defendant will be ordered to pay a forfeiture money judgment in the amount of $6,884,948.16;

**WHEREAS**, upon entry of a forfeiture order, Fed. R. Crim. P. 32.2(b)(3) authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. The following property is forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

    a. any property, real or personal, which constitutes or is derived from proceeds traceable to the offense in Count One or Count Two.

2. A forfeiture money judgment in the amount of $6,884,948.16 is entered against the defendant. The defendant will be jointly and severally liable for this amount with Min Jung Cho, in 13-cr-83, and Nova Datacom, LLC, in 13-cr-84.

3. The following amounts will be credited towards the entered forfeiture money judgment amount:

2

| Description | Amount |
|---|---|
| Invoice # 11794 - W912HZ-10-C-0116 / PO 5208c<br>Funds returned to USACE as part of civil settlement | $359,703.20 |
| Invoice # 11793 - W912HZ-10-C-0112 / PO 5205<br>Funds returned to USACE as part of civil settlement | $547,410.34 |
| Check remitted to U.S. Marshals Service on 3/24/2011<br>Administratively Forfeited | $553,000.00 |
| Check remitted to U.S. Marshals Service on 4/4/2011<br>Administratively Forfeited | $775,000.00 |
| Check remitted to U.S. Marshals Service on 7/1/2011<br>Administratively Forfeited | $202,000.00 |
| Check remitted to U.S. Marshals Service on 7/8/2011<br>Administratively Forfeited | $968,414.70 |
| Check remitted to U.S. Marshals Service on 1/18/2012<br>Administratively Forfeited | $60,261.92 |
| Check remitted to U.S. Marshals Service on 1/30/2013<br>Administratively Forfeited | $125,000.00 |
| Check remitted to U.S. Marshals Service on 8/8/2011<br>Administratively Forfeited | $582,056.80 |
| Check remitted to U.S. Marshals Service on 9/21/2011<br>Administratively Forfeited | $612,101.20 |
| Real property located at 11600 Hunting Crest Lane, Vienna, VA<br>Forfeited in United States v. Min Jung Cho, 13-cr-83, ECF No. 40 | $552,100.37 |
| Contents of Woori America bank account number 1806002026<br>Forfeited in United States v. Min Jung Cho, 13-cr-83, ECF No. 21 | $102.39 |
| 2012 Lexus GX 460, VIN JTJBM7FX2C5049392<br>Forfeited in United States v. Min Jung Cho, 13-cr-83, ECF No. 21 | $45,000.00 |
| Contents of Virginia Commerce Bank account number XX0022<br>Forfeited in United States v. Min Jung Cho, 13-cr-83, ECF No. 22 | $42,363.43 |
| Real property located at 475 K Street, N.W., Unit 612, Washington, D.C. and rental payments<br>Forfeited in United States v. Min Jung Cho, 13-cr-83, ECF No. 40 | $306,013.21 |
| Contents of Infinex Financial Group account number A4G-700 116<br>Forfeited in United States v. Min Jung Cho, 13-cr-83, ECF No. 27 | $72,891.16 |

4.     The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

5.     Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order shall become final at sentencing and be made part of the sentence and included in the judgment.

6.   The Attorney General or a designee, pursuant to Fed. R. Crim. P. 32.2(b)(3), is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7.   The Clerk of the Court shall forward a certified copy of this Order to AFMLS2@USDOJ.GOV.

Dated this 4th day of Feb. 2015.

EMMET G. SULLIVAN
United States District Court Judge
for the District of Columbia

4